IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED
NOV 20 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

Omar McGhee B76489 )
) Docket No. 15-1289-NJR
) (To be supplied by the Clerk)
)
)
)
Plaintiff/Petitioner(s), )
) ☒ CIVIL RIGHTS COMPLAINT
) pursuant to 42 U.S.C. §1983
) (State Prisoner)
-vs- )
) CIVIL RIGHTS COMPLAINT
Ron Vitale, Day to Day Warden ) ☐ pursuant to 28 U.S.C. §1331
Nona Hohnsbehn, Health Care Administrator ) (Federal Prisoner)
)
Wexford Health Sources Inc., et al. )
) CIVIL COMPLAINT
John & Jane Doe ) ☐ pursuant to the Federal Tort Claims
) Act, 28 U.S.C. §1346, 2671-2680
Defendant/Respondent(s). )

I. JURISDICTION

A. Plaintiff's mailing address and/or register number and present place of confinement.

Omar McGhee (B76489) P.O. BOX 129 East. St. Louise, IL 62203

B. Defendant Ron Vitale is employed as
(Name of First Defendant)
Day to Day Warden
(Position/Title)
with SouthWestern Illinois Correctional Center 950 Kingshighway
(Employer's Name and Address)
East St. Louis, Illinois 62203

At the time the claim(s) alleged in this complaint arose, was the defendant employed by the state, local or federal government?
Yes (X)   No ( )
If your answer is "yes", briefly explain:
Illinois Dept. of Corrections Warden

Rev. 2/00

C. Defendant __NONA ~~Fisher~~ HOHNSBEHN__ is employed as
(Name of Second Defendant)
__HealthCare Administrator__
(Position/Title)
with __Southwestern Illinois Correctional Center__
(Employer's Name and Address)
__950 Kingshighway East St. Louis, Illinois 62203__

At the time the claim(s) alleged in this complaint arose, was the defendant employed by the state, local or federal government?

Yes (X)   No ( )

If your answer is "yes", briefly explain:
__IDOC HealthCare Administrator__

D. Using the outline of the form provided, include the above information for any additional defendant(s).
__Wexford Health Sources Inc. / Healthcare Provider / 37 w. 755 IL-38 St. Charles, IL 60174__
__Phyllis Rose Maston / Nurse / 950 Kingshighway E. St. Louis, Illinois 62203__
__Alfonzo C. Smith / Doctor / 950 Kingshighway E. St. Louis, Illinois 62203__
__Doctor Shah / Doctor / 950 Kingshighway E. St. Louis, Illinois 62203__
__John & Jane Doe / Nurse / 950 Kingshighway E. St. Louis, Illinois 62203__
__Dr. Santos / 950 Kingshighway E. St. Louis, Illinois, 62203__

## II. PREVIOUS LAWSUITS

A. Have you begun any other lawsuits in state or federal court relating to your imprisonment?

Yes (X)   No ( )

B. If your answer to "A" is "yes", describe the lawsuit(s) in the space below. (If there is more than one (1) lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.) **Failure to comply with this provision may result in summary denial of your complaint.**
__Lawsuit has to do with the LIVING Conditions inside of Cook County Jail.__

1. Parties to previous lawsuits:
   Plaintiff(s) _Omar McGhee_

   Defendant(s) _Tom Dart_

2. Court (if Federal Court, name the District; if State Court, name the County)
   _United States District Court Northern District of Illinois_

3. Docket number _15c 8302_

4. Name of Judge to whom case was assigned _Judge Joan H Lefkow / Maria Valdez PC 3_

5. Type of case (for example: Was it a Habeas Corpus or Civil Rights action?)
   _Civil Rights Complaint_

6. Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?)
   _Pending_

7. Approximate date of filing lawsuit _9/11/15_

8. Approximate date of disposition _Pending_

### III. GRIEVANCE PROCEDURE

A. Is there a prisoner grievance procedure in the institution? _Yes_

B. Did you present the facts relating to your complaint in the prisoner grievance procedure?
   Yes (X) No ( )

C. If your answer is "yes",
   1. What steps did you take? _I continued to request medical attention from 5/15 to 9/15 as I wasn't getting any relief requested. I explained this issue in my grievance._

   2. What was the result? _My grievance was denied, I continued to ask for Medical Relief and was constantly denied. I was given a run around by the Doctor as my condition continued to worsen._

D. If your answer is "no", explain why not. _____

E. If there is no prisoner grievance procedure in the institution, did you complaint to prison authorities? Yes ( )   No ( )

F. If your answer is "yes",
   1. What steps did you take? _____
   _____
   _____

   2. What was the result? _____
   _____
   _____

G. If your answer is "no", explain why not. _____
   _____
   _____
   _____

H. Attach copies of your request for an administrative remedy and the response(s) you received. If you cannot do so, explain why not:
   _____
   _____
   _____

## IV. STATEMENT OF CLAIM

State here, as briefly as possible, the FACTS of your case. State who, what, when, where and how you feel your constitutional rights were violated. Do not cite cases or statutes. If you choose to submit legal arguments or citations, you must do so in a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, <u>attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits.</u>

<u>Only two (2) extra pages (8½ x 11") are permitted, if necessary, to complete your statement of claim.</u> Additionally, attach any relevant, supporting documentation.

I began asking for medical relief in Early July as I was experiencing severe discomfort on the left side of my neck, shoulder, arm & hand. When I did see the Doctor, Dr. Shah argued with me stating that there was nothing wrong with me. I had several more doctor visits all resulting the same way. In August I took some X-RAYS. These X-RAYS did not find the problem and I was told again that I had no problems. However, the X-RAY technician explain to me that he could see that I had muscle mass loss on the left side of my body and I explained this to the Doctor on my next visit. As a result, I was sent away again. During the month of September I continued to ask for help. During my Doctor visit, I was scheduled for more X-RAYS and my problem was located. When I spoke with the Doctor he explained that I will continue to have minor pain when the weather changes, but that I would need

A surgery to resolve the problem. I explained that my left arm is diminishing in strength and mobility as a result of the problem in my spine. The Doctor explained that they wouldn't do any surgery until I lost complete use of my left arm.

In conclusion I continue to have loss of use on my left side. The symptoms are increasing in frequency and each time I am temporarily unable to use my left arm and hand.

I have had moments of complete paralysis with my arm and hand. The numbness and radiating pain, and tingling sensation is causing me to drop items that I attempt to carry in my left hand. My concern is that I will loose complete use of my arm if I don't get help sooner than later.

I have been questioned by Dr. Shah as to how soon before I am released and I am concerned that he is determined to neglect my issue with hope that I will be released soon and no longer require his medical attention.

I have suffered for almost 5 months. On 10/8/15 I was approved for medication that is not doing me any good.

I am only interested in solving my medical problem before it continues and I become paralized on my left side. Furthermore the meds the doctor prescribed are intended for ADHD patients and patients that suffer from diepression none of which I have ever experienced or been diagnosed with.

V. REQUEST FOR RELIEF

State exactly what you want the Court to do for you. If you are a state or federal prisoner, and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records or parole release), you must file your claim on a Habeas Corpus form, pursuant to 28 U.S.C. §2254, 28 U.S.C. §2255, or 28 U.S.C. §2241.

I want the court to investigate my claim thoroughly. I want the court to force the healthcare Provider to take action to solve the problem with my spine. I want the court to force the provider to give each patient information on lodging a complaint when they feel they are not being treated fairly. I want the court to impose record fines and penalties on the healthcare provider in an effort to discourage unfair treatment of inmates. Finally I want the court to force the provider to pay me for my continued pain & suffering in an effort to encourage the provider to handle all medical problems promptly. Thankyou.

VI. JURY DEMAND (check one box below)

The plaintiff does ☒ does not ☐ request a trial by jury. (See Fed.R.Civ.P. 38.)

DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I, the undersigned, certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11(a) and (b) may result in sanctions, monetary or non-monetary, pursuant to Federal Rule of Civil Procedure 11(c).

The plaintiff hereby requests the Court issue all appropriate service and/or notices to the defendant(s).

Signed this 18 day of November, 2015.

_____
Signature of Plaintiff

_____
Signature of attorney, if any

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

Offender: **McGhee** (Last Name) **Omar** (First Name) **MI** **B76489** (ID#)

Facility: **SWICC**

☒ Grievance: Facility Grievance # (if applicable) _____ Dated: **9/19/15** or ☐ Correspondence: Dated: _____

Received: **9/23/15** Regarding: **Medical - wants 2nd opinion for problem with left arm**

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☒ Provide a copy of your written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☒ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

☐ Provide dates of disciplinary reports and facility where incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board
Office of Inmate Issues
1301 Concordia Court
Springfield, IL 62794-9277

**Misdirected:**

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to: Illinois Prisoner Review Board
319 E. Madison St., Suite A
Springfield, IL 62706

**No further redress:**

☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____ . (Date)

☐ No justification provided for additional consideration.

**Other** (specify): _____

Completed by: **Debbie Knauer** (Print Name)   Signature: *Debbie Knauer*   Date: **10/9/15**

Distribution: Offender
Inmate Issues

Printed on Recycled Paper

DOC 0070 (Rev.4/2013)

# OFFENDER'S GRIEVANCE

**Date:** 9.19.15

**Offender:** (Please Print) McGhee, Omar

**ID#:** B76489

**Present Facility:** SouthWestern Correctional Center

**Facility where grievance issue occurred:** SouthWestern Correctional Center

## NATURE OF GRIEVANCE:

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [X] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ___/___/___
  Date of Report               Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

ON 9/3/15 I filed a grievance asking for medical help, on 9/10/15 I recieved it back stating it was denied...

On 9/3/15 I mailed a request for a Doctor Visit. On 9/6/15 Dr. Shah Examined me and scheduled X-RAYS.

On 9/7/15 I took X-RAYS. On 9/10/15 I sent a request to medical to get X-RAY results...

On 9/19/15 I saw Nurse, Nurse explained that I needed surgery to fix my problem, but that it was to dangerous. Nurse stated the the most help I could get is a prescription for Ibuprofen.

**Relief Requested:** I am requesting a second opinion from a outside source, as I am not getting adequate medical relief for my problem. My pain continues and has done so for several months, and I am loosing the use of my left arm rapidly over the last 90 days... Thankyou.

[X] Check **only** if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____   B76489   9/19/15
Offender's Signature         ID#      Date

(Continue on reverse side if necessary)

### Counselor's Response (if applicable)

**Date Received:** ___/___/___

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

**Response:** _____

**RECEIVED**

**SEP 2 3 2015**

**ADMINISTRATIVE REVIEW BOARD**

# OFFENDER'S GRIEVANCE

**Date:** 11-9-15  **Offender (Please Print):** McGhee, Omar  **ID#:** B76489

**Present Facility:** SouthWestern Correctional Center  **Facility where grievance issue occurred:** Southwestern Correctional

## NATURE OF GRIEVANCE:

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify): _____

- [ ] Disciplinary Report: __/__/__ Date of Report _____ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

- **Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
- **Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
- **Chief Administrative Officer**, only if EMERGENCY grievance.
- **Administrative Review Board**, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

As a result of my request for medical relief, I was prescribed Nortriptyline 25mg & Naproxen 500mg by Dr. Alphonzo C. Smith on 10/03/15. I imediately noticed severe mental effects of the drug on 10/06/15. On 10/07/15 I researched the drug Nortriptyline 25mg only to find out that it was a psychotropic drug. On 10/10/15 I refused the pschotropic drug Nortriptyline 25mg & Requested to see Dr. Smith I was warned by Nursing staff that If I didn't take the drug I wouldn't recieve any further help. As a result, I continued to take the medication. On 10/21/15, I went on Court Writ, & was assured that my medications would be sent with me to Stateville Corr. Center. Upon arriving at

**Relief Requested:** I am asking that staff be disiplined & given sensitivety training. and also I want this grievance made public record and available under the "Freedom of Information Act." Thankyou...

- [ ] Check **only** if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____ Offender's Signature   **ID#** B76489   **Date** 11/9/15

(Continue on reverse side if necessary)

## Counselor's Response (If applicable)

**Date Received:** __/__/__   
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

**Response:** _____

Print Counselor's Name   Counselor's Signature   Date of Response

at Stateville, I was made aware that my medications were not sent with me on Court Writ resulting in 14 days without any medication. During this time I suffered.

11/4/15 I arrived back in East St. Louis, IL at Southwestern Cor. Center. During my intake procedure, I alerted nursing staff that I was in a lot of pain & that nursing staff present on 10/21/15 failed to send my prescriptions. The nurse imediatly consulted with Dr. Santos, and he decided to deny me any medications. I requested that they call the sergent, he arrived and somehow negotiated that the nurses will allow me to continue my Naproxen 500 mg.

My issues are as follows:
- A. Being prescribed psychotropic drugs involuntarily
- B. Being blackmaled into taking them by nursing staff
- C. Being threatend that I wouldn't get further help if I refuse.
- D. Nursing staffs failure to follow procedure & send my medication on my Court Writ
- E. When I confronted staff about the failure to send my prescriptions in retaliation I was taken off all medication with the threat of being put in segregation.
- F. When I stood my ground, staff immediately backtracked and decided to allow for me to continue Naproxen.
- G. The lack of transparency between the medical staff in that Dr. Smith prescribed the meds & Dr. Santos revoked the meds without examining me.
- H. The abuse of power and the dictatorship Dr. Santos exercises over inmate patients with zero trace of empathy.

# ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

3-A-17

| Date: 9/2/15 | Offender: (Please Print) McGHEE, OMAR | ID#: B76489 |
|---|---|---|
| Present Facility: Southwestern | Facility where grievance issue occurred: Southwestern | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ___/___/___ Date of Report _____ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Initially I went to Medical for pain in my right leg & Hip during the month of June 2015.. The Doctor prescribed me 500mg Naproxen and told me to keep exercising my leg. Shortly after I began to use the Naproxen 500mg... I had a sudden pain in my upper left back, arm, and chest. I continued my use of Naproxen 500mg.. But I didn't notice any relief in my pains. As my pains got worse, I went back to the Doctor and complained about my new pains.. I explained that I have stoped taking the Naproxen 500mg.. The Doctor prescribed me Tylenol 325mg.. I took the tylenol for a few days during the month of July 2015 and my pains didn't

**Relief Requested:** I am requesting proper diagnosis. Proper treatment, & a detailed explanation of the longterm effects of improper, untimely diagnosis & treatment of my problem. Thankyou..

- [ ] Check **only** if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Offender's Signature _____ ID# B76489 Date 9/3/15

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: 9/08/15

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

**Response:** Reviewed grievance. Treatment has been provided on an ongoing basis. Medication has been given and lab work done. The doctor has the right to not prescribe refills. Grievance denied.

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE** (Continued)

Improve. I went back to the Doctor during the month of August 2015 and explained to the Doctor that my right arm is very limp, and continues to go numb with sharp pains for the last cuple of months... The Doctor sent me for X-Rays a few days later and prescribed me a muscle rub to ease my pain.

When I took the X-RAYS the X-Ray technician explained to me that I was to explain to the Doctor on my next visit that he could see I was having a loss of muscle mass on my left side.

Upon my next visit to the Doctors office.. the Doctor asked me what had I done, I told him I havent done anything, no weights, no basketball. I explained to him my arm was suddenly very weak, numb in my shoulder down to my tips of my fingers. I explained to him that I have been suffering from chronic pain that I have never felt before. I explained that the x-ray technician told me to tell him that I had some muscle mass loss on my left shoulder & arm. Dr. Shah explained to me that none of this was true and that I simply needed to lift weights & get some exercise and that IF I didn't believe him. That I should immediately get out of his office.

Dr. Shah added that I should get an attorney also...

Moving forward I am putting in a request to see the Doctor again on 9/2/15 in a effort to get some relief of my issue with my left arm.. As I continue to have loss of usage with my left arm, loss of strenghth and pain and numbness / tingling from my shoulder down to the tips of my fingers...

United States District Court for the
Southern District of Illinois

Omar McGhee B76489
Plaintiff/Petitioner

Vs.                                    No. _____

Ron Vitale, John & Jane Doe
Defendant/Respondent

## PROOF/CERTIFICATE OF SERVICE

TO: _____          TO: U.S. District Court
_____               Southern District of Illinois
_____               Melvin Price Fed. Bldg. 750 Missouri Ave
_____               East St. Louis, IL 62201

PLEASE TAKE NOTICE that on Nov 18, 20 15, I placed the attached or enclosed documents in the institutional mail at South Western Cor Center. Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service

DATED: Nov 18, 2015

/s/ _____
Name: McGhee Omar
IDOC#: B76489
Address: P.O.B. 129
East St. Louis, IL 62203

"OFFICIAL SEAL"
HEATHER ZAHM
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 2/18/2018

Subscribed and sworn to before me this 18TH day of November, 20 15.

Heather Zahm
Notary Public

Omar McGhee
B76489
Southwestern Illinois Correctional Center
P.O.B. 129
East St. Louis, IL 62201

This correspondence is from an inmate of the Illinois Department of Corrections



LEGAL MAIL

MAIL CLEARED
US MARSHALS

U.S. District Court
Southern District of Illinois
Melvin Price Federal Bldg., 750 Missouri Ave.
East St. Louis, IL 62201

LEGAL MAIL