REPORT CRITERIA - Date: 05/01/2015 thru End;　Inmate: B76489;　Active Status Only ? : No;　Print Restrictions ? : Yes;　Transaction Type: All Transaction Types;　Print Furloughs / Restitutions ? : Yes;　Include Inmate Totals ? : Yes;　Print Balance Errors Only ? : No

**Inmate: B76489 McGhee, Omar**　　　　　　　**Housing Unit: SWC-02-H -26**

| Date | Source | Transaction Type | Batch | Reference # | Description | | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Beginning Balance: | | 0.00 |
| 06/05/15 | Mail Room | 15 JPAY | 156200 | 46611030 | Hoskins, Jamika | | 40.00 | 40.00 |
| 06/08/15 | Point of Sale | 60 Commissary | 159776 | 413125 | Commissary | | -39.78 | .22 |
| 06/08/15 | Mail Room | 04 Intake and Transfers In | 159270 | 182078 | Stateville C.C. | | .12 | .34 |
| 06/12/15 | Payroll | 20 Payroll Adjustment | 163170 | | P/R month of 5 2015 | | 7.40 | 7.74 |
| 06/14/15 | Mail Room | 15 JPAY | 165200 | 46902458 | Hoskins, Jamika | | 20.00 | 27.74 |
| 06/15/15 | Point of Sale | 60 Commissary | 166791 | 413625 | Commissary | | -18.06 | 9.68 |
| 06/22/15 | Point of Sale | 60 Commissary | 173776 | 414217 | Commissary | | -9.68 | .00 |
| 06/22/15 | Mail Room | 15 JPAY | 173200 | 47132829 | Hoskins, Jamika | | 15.00 | 15.00 |
| 07/04/15 | Mail Room | 15 JPAY | 185200 | 47536810 | Hoskins, Jamika | | 15.00 | 30.00 |
| 07/06/15 | Point of Sale | 60 Commissary | 187791 | 414686 | Commissary | | -29.45 | .55 |
| 07/10/15 | Payroll | 20 Payroll Adjustment | 191170 | | P/R month of 6 2015 | | 15.05 | 15.60 |
| 07/13/15 | Mail Room | 15 JPAY | 194200 | 47772041 | Hoskins, Jamika | | 15.00 | 30.60 |
| 07/15/15 | Point of Sale | 60 Commissary | 196776 | 415376 | Commissary | | -21.72 | 8.88 |
| 07/18/15 | Mail Room | 15 JPAY | 199200 | 47977313 | Hoskins, Jamika | | 15.00 | 23.88 |
| 07/20/15 | Point of Sale | 60 Commissary | 201776 | 415783 | Commissary | | -23.84 | .04 |
| 07/23/15 | Mail Room | 15 JPAY | 204200 | 48119864 | Hoskins, Jamika | | 125.00 | 125.04 |
| 07/27/15 | Point of Sale | 60 Commissary | 208791 | 416275 | Commissary | | -37.20 | 87.84 |
| 07/30/15 | Mail Room | 15 JPAY | 211200 | 48301038 | Hoskins, Jamika | | 170.00 | 257.84 |
| 08/03/15 | Point of Sale | 60 Commissary | 215791 | 416665 | Commissary | | -139.63 | 118.21 |
| 08/06/15 | Disbursements | 90 Medical Co-Pay | 218369 | Chk #34858 | 008110, DOC: 523 Fun, 08/03/2015 | Inv. Date: | -5.00 | 113.21 |
| 08/10/15 | Mail Room | 15 JPAY | 222200 | 48626056 | Hoskins, Jamika | | 80.00 | 193.21 |
| 08/10/15 | Point of Sale | 60 Commissary | 222791 | 417113 | Commissary | | -62.41 | 130.80 |
| 08/10/15 | Point of Sale | 60 Commissary | 222791 | 417116 | Commissary | | 16.92 | 147.72 |
| 08/14/15 | Payroll | 20 Payroll Adjustment | 226188 | | P/R month of 7 2015 | | 15.00 | 162.72 |
| 08/18/15 | Point of Sale | 60 Commissary | 230791 | 417613 | Commissary | | -38.69 | 124.03 |
| 08/21/15 | Disbursements | 90 Medical Co-Pay | 233369 | Chk #34894 | 008141, DOC: 523 Fun, 08/19/2015 | Inv. Date: | -5.00 | 119.03 |
| 08/31/15 | Point of Sale | 60 Commissary | 243791 | 418201 | Commissary | | -57.73 | 61.30 |
| 09/03/15 | Mail Room | 15 JPAY | 246200 | 49449087 | Hoskins, Jamika | | 100.00 | 161.30 |
| 09/10/15 | Point of Sale | 60 Commissary | 253791 | 418747 | Commissary | | -59.86 | 101.44 |
| 09/11/15 | Payroll | 20 Payroll Adjustment | 254170 | | P/R month of 8 2015 | | 10.00 | 111.44 |
| 09/16/15 | Mail Room | 15 JPAY | 259200 | 49928971 | Hoskins, Jamika | | 100.00 | 211.44 |
| 09/18/15 | Disbursements | 80 Postage | 261370 | Chk #34959 | 008185, DOC: 523 Fun, 09/09/2015 | Inv. Date: | -2.30 | 209.14 |
| 09/18/15 | Disbursements | 90 Medical Co-Pay | 261370 | Chk #34959 | 008199, DOC: 523 Fun, 09/15/2015 | Inv. Date: | -5.00 | 204.14 |
| 09/18/15 | Point of Sale | 60 Commissary | 261762 | 419398 | Commissary | | -27.58 | 176.56 |
| 09/25/15 | Disbursements | 80 Postage | 268370 | Chk #34985 | 008210, DOC: 523 Fun, 09/18/2015 | Inv. Date: | -3.67 | 172.89 |
| 09/25/15 | Disbursements | 84 Library | 268370 | Chk #34985 | 008218, DOC: 523 Fun, 09/23/2015 | Inv. Date: | -6.00 | 166.89 |
| 09/28/15 | Point of Sale | 60 Commissary | 271791 | 419904 | Commissary | | -41.06 | 125.83 |
| 10/02/15 | Mail Room | 15 JPAY | 275200 | 50455485 | Hoskins, Jamika | | 100.00 | 225.83 |
| 10/05/15 | Point of Sale | 60 Commissary | 278776 | 420316 | Commissary | | -62.43 | 163.40 |
| 10/09/15 | Payroll | 20 Payroll Adjustment | 282170 | | P/R month of 9 2015 | | 10.00 | 173.40 |
| 10/14/15 | Point of Sale | 60 Commissary | 287791 | 420801 | Commissary | | -39.86 | 133.54 |
| 11/09/15 | Point of Sale | 60 Commissary | 313776 | 422100 | Commissary | | -83.93 | 49.61 |
| 11/13/15 | Payroll | 20 Payroll Adjustment | 317170 | | P/R month of 102015 | | 6.44 | 56.05 |
| 11/14/15 | Mail Room | 15 JPAY | 318200 | 52001184 | Hoskins, Jamika | | 50.00 | 106.05 |
| 11/19/15 | Disbursements | 80 Postage | 323388 | Chk #35143 | 008332, DOC: 523 Fun, 11/19/2015 | Inv. Date: | -6.93 | 99.12 |

Date: 12/3/2015
Time: 1:49pm
d_list_inmate_trans_statement_composite

Southwestern Correctional Center
**Trust Fund**
Inmate Transaction Statement

Page 2

Case 3:15-cv-01289-NJR-DGW   Document 5   Filed 12/08/15   Page 2 of 4   Page ID #24

15-1289-NJR

REPORT CRITERIA - Date: 05/01/2015 thru End;   Inmate: B76489;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: B76489 McGhee, Omar**                    **Housing Unit: SWC-02-H -26**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 11/20/15 | Mail Room | 15 JPAY | 324200 | 52209843 | Hoskins, Jamika | 50.00 | 149.12 |
| 11/23/15 | Point of Sale | 60 Commissary | 327776 | 422775 | Commissary | -78.00 | 71.12 |
| 12/03/15 | Disbursements | 84 Library | 337388 | Chk #35164 | 008351, DOC: 523 Fun,   Inv. Date: 12/02/2015 | -15.20 | 55.92 |

|  |  |
|---|---|
| Total Inmate Funds: | 55.92 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | 55.92 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

12/3/15

Omar McGhee B76489   CASE 3:15cv-01289-NJR
P.O.B. 129
East St. Louis, IL 62203

ATTN: Clerk of the Court

I am enclosing a copy of my trust fund account and I am waiting for the trust fund operator to return the certification letter I recieved from you on 12/2/15 thank you...

The certification letter ask how much money I have on account at "Stateville Correctional Center" and I am currently placed at "Southwestern Correctional Center". Please make note.

Omar McGhee B76489
P.O.B. 129
E. St. Louis, IL 62203

LEGAL MAIL

Clerk of the Court
United States District Court
P.O.B. 249
East St. Louis, Illinois 62202

This correspondence is from an inmate of the Illinois Department of Corrections

MAIL CLEARED
US MARSHALS

62203-024949

LEGAL MAIL

FOREVER
USA
2015