IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| OMAR MCGHEE, #B76489, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Cause No. 3:15-cv-01289-NJR-DGW |
| RON VITALE, NONA HOHNSBEHN, | ) |
| WEXFORD HEALTH SOURCES, INC., | ) |
| PHYLLIS ROSE MASTON, ALFONZO C. | ) |
| SMITH, DOCTOR SHAH, DR. SANTOS, | ) |
| and JOHN & JANE DOE (NURSE), | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ANSWER OF DEFENDANT BHARAT SHAH, M.D. TO PLAINTIFF'S COMPLAINT

COMES NOW Defendant, Bharat Shah, M.D., by and through his attorneys, Sandberg Phoenix & von Gontard P.C., and for his Answer to Plaintiff's Complaint [Doc. 1] states as follows:

I. **JURISDICTION**

   A. ANSWER:   Admitted, upon information and belief.

   B. ANSWER:   As the allegations contained in this paragraph are not directed towards this Defendant no response is made thereto.  In the event the allegations in this paragraph are construed as towards this Defendant, the same are denied.

   C. ANSWER:   As the allegations contained in this paragraph are not directed towards this Defendant no response is made thereto.  In the event the allegations in this paragraph are construed as towards this Defendant, the same are denied.

   D. ANSWER:   Dr. Bharat Shah admits that he is a Medical Doctor employed by Wexford Health Sources, Inc. and provided certain medical services to inmates at Menard Correctional Center.  Except as expressly admitted herein, Defendant denies the remaining allegations contained in paragraph D.

II. **PREVIOUS LAWSUITS**

   A. – B. ANSWER:   Defendant is without sufficient information and knowledge as to

1

Plaintiff's previous lawsuits to formulate an answer and, therefore, denies the allegations contained in this paragraph.

## III. GRIEVANCE PROCEDURE

A. RESPONSE: Admitted.

B.-C.   RESPONSE: Defendant is without sufficient information and knowledge as to Plaintiff's use of the grievance procedure and, therefore, denies the allegations contained in this paragraph.

## IV. STATEMENT OF CLAIM

"I began asking for medical relief in early July as I was experiencing severe discomfort on the left side of my neck, shoulder, arms & hand. When I did not see the Doctor, Dr. Shah argued with me stating that there was nothing wrong with me. I had several more doctor visits all resulting the same way."

**RESPONSE:       Defendant admits that Plaintiff has certain medical conditions and received certain medical care and treatment, all of which is more fully set forth in his medical records. Except as expressly admitted herein, Defendant denies the remaining allegations contained in this paragraph.**

'In August I took some x-rays. These x-rays did not find the problem and I was told again that I had no problems. However, the x-ray technician explain to me that he could see that I had muscle mass loss on the left side of my body and I explained this to the Doctor on my next visit. As a result, I was sent away again."

**RESPONSE:       Defendant admits that Plaintiff has certain medical conditions and received certain medical care and treatment, all of which is more fully set forth in his medical records. Except as expressly admitted herein, Defendant denies the remaining allegations contained in this paragraph.**

"During the month of September I continued to ask for help. During my Doctor visit, I was scheduled for more x-rays and my problem was located."

**RESPONSE:       Defendant admits that Plaintiff has certain medical conditions and received certain medical care and treatment, all of which is more fully set forth in his medical records. Except as expressly admitted herein, Defendant denies the remaining allegations contained in this paragraph.**

"When I spoke with the Doctor he explained that I will continue to have minor pains when the weather changes. But that I would need a surgery to resolve the problem.

**RESPONSE:** **Defendant admits that Plaintiff has certain medical conditions and received certain medical care and treatment, all of which is more fully set forth in his medical records. Except as expressly admitted herein, Defendant denies the remaining allegations contained in this paragraph.**

"I explained that my let arm is diminishing in strength and mobility as a result of the problem in my spine. The Doctor explained that they wouldn't do any surgery until I lost complete use of my left arm."

**RESPONSE:** **Defendant admits that Plaintiff has certain medical conditions and received certain medical care and treatment, all of which is more fully set forth in his medical records. Except as expressly admitted herein, Defendant denies the remaining allegations contained in this paragraph.**

"I have had moments of complete paralysis with my arm and hand. The numbness and radiating pain, and tingling sensation is causing me to drop items that I attempt to carry in my left hand."

**RESPONSE:** **Defendant admits that Plaintiff has certain medical conditions and received certain medical care and treatment, all of which is more fully set forth in his medical records. Except as expressly admitted herein, Defendant denies the remaining allegations contained in this paragraph.**

"My concern is that I will loose (sic) complete use of my arm if I don't get help sooner than later."

**RESPONSE:** **Defendant admits that Plaintiff has certain medical conditions and received certain medical care and treatment, all of which is more fully set forth in his medical records. Except as expressly admitted herein, Defendant denies the remaining allegations contained in this paragraph.**

"I have been questioned by Dr. Shah as to how soon before I am released and I am concerned that he is determined to neglect my issue with hope that I will be released soon and no longer require his medical attention."

**RESPONSE:** **Defendant admits that Plaintiff has certain medical conditions and received certain medical care and treatment, all of which is more fully set forth**

in his medical records. Except as expressly admitted herein, Defendant denies the remaining allegations contained in this paragraph.

"I have suffered for almost 5 months. On 10/8/15 I was approved for medication that is not doing me any good."

RESPONSE: Defendant admits that Plaintiff has certain medical conditions and received certain medical care and treatment, all of which is more fully set forth in his medical records. Except as expressly admitted herein, Defendant denies the remaining allegations contained in this paragraph.

"I am only interested in solving my medical problem before it continues and I become paralyzed on my left side."

RESPONSE: Defendant admits that Plaintiff has certain medical conditions and received certain medical care and treatment, all of which is more fully set forth in his medical records. Except as expressly admitted herein, Defendant denies the remaining allegations contained in this paragraph.

"Furthermore the meds the doctor prescribed are intended for ADHD patients, and patients that suffer from depression. None of which I have ever experienced or been diagnosed with."

RESPONSE: Defendant admits that Plaintiff has certain medical conditions and received certain medical care and treatment, all of which is more fully set forth in his medical records. Except as expressly admitted herein, Defendant denies the remaining allegations contained in this paragraph.

## V. REQUEST FOR RELIEF

RESPONSE: Defendant denies that Plaintiff is entitled to the relief that he seeks.

## VI. JURY DEMAND

RESPONSE: Defendant denies that Plaintiff is entitled to the relief that he seeks.

## AFFIRMATIVE DEFENSES

1. At all times relevant herein, Defendant acted in good faith in the performance of his official duties and without violating Plaintiff's clearly established statutory or constitutional rights of which a reasonable person would have known. Thus, Defendant is protected from suit by the Doctrine of Qualified Immunity.

2. To the extent the Plaintiff has failed to exhaust his administrative remedies prior to the initiation of this cause of action, Plaintiff's claims are barred by the Prison Litigation Reform Act and other applicable statutes.

3. To the extent Plaintiff's claims are against Defendant in his official capacity, the claims are barred by the Eleventh Amendment.

WHEREFORE, having fully answered Plaintiff's Complaint [Doc. 1] Defendant Bharat Shah, M.D. respectfully requests to be dismissed with cost to Plaintiff and for such other and further relief as the Court deems just and proper.

SANDBERG PHOENIX & von GONTARD P.C.

By: *s/Carla G. Tolbert*
Timothy P. Dugan, #6271610
Carla G. Tolbert, #6305104
600 Washington Avenue - 15th Floor
St. Louis, MO 63101-1313
314-231-3332
314-241-7604 (Fax)
tdugan@sandbergphoenix.com
ctolbert@sandbergphoenix.com
*Attorneys for Defendant*
*Dr. Bharat Shah*

6919538.1

## Certificate of Service

I hereby certify that on the 5th day of January, 2016, the foregoing was mailed by United States Postal Service to the following non-participant in Electronic Case Filing:

Omar McGhee, #B76489
LEGAL MAIL
Southwestern Illinois Correctional Center
950 Kingshighway Street
P.O. Box 129
East St. Louis, IL  62203
*Pro Se*

                             s/Carla G. Tolbert