IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| OMAR MCGHEE, #B76489, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Cause No. 3:15-cv-01289-NJR-DGW |
| RON VITALE, NONA HOHNSBEHN, | ) | |
| WEXFORD HEALTH SOURCES, INC., | ) | |
| PHYLLIS ROSE MASTON, ALFONZO C. | ) | |
| SMITH, DOCTOR SHAH, DR. SANTOS, | ) | |
| and JOHN & JANE DOE (NURSE), | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANT BHARAT SHAH'S MOTION FOR SUMMARY JUDGMENT FOR PLAINTIFF'S FAILURE TO EXHAUST HIS ADMINISTRATIVE REMEDIES

COMES NOW Defendant, Bharat Shah, M.D., by and through his attorneys, Sandberg Phoenix & von Gontard P.C., and pursuant to Federal Rule of Civil Procedure 56, hereby respectfully move this Honorable Court to grant summary judgment in his favor, stating as follows:

1.      Plaintiff Omar McGhee, #B76489, an inmate at Southwestern Illinois Correctional Center (Southwestern) filed his §1983 lawsuit on November 20, 2015.  [Doc. 1].  In his Complaint, Plaintiff alleges, very generally, that his Constitutional rights were violated when he was denied medical treatment for left neck, shoulder, arm, and hand pain.  [Doc. 1].  The Dates of this alleged denial are unclear as Plaintiff claims he "…continued to request medical attention from 5/15 to 9/15 [Doc. 1, §III, C, 1] and he "…began asking for medical relief in early July…..  [Doc. 1,§IV].

2.      Plaintiff has failed to exhaust his administrative remedies with respect to Defendant. Bharat Shah, M.D. as he is required to under the Prison Litigation Reform Act, 42 U.S.C. §1997e, *et seq*.

3.      Filed contemporaneously is Defendant's Memorandum of Law in Support of his Motion for Summary Judgment.  It is incorporated herein by reference.

WHEREFORE Defendant Bharat Shah, M.D. prays that this Court enter judgment in his favor, and in accordance with this Motion, and for such other and further relief as this Court deems just and proper.

SANDBERG PHOENIX & von GONTARD P.C.


By:   */s/Carla G. Tolbert*_____
Timothy P. Dugan, #6271610
Carla G. Tolbert, #6305104
600 Washington Avenue - 15th Floor
St. Louis, MO  63101-1313
314-231-3332
314-241-7604 (Fax)
tdugan@sandbergphoenix.com
ctolbert@sandbergphoenix.com
*Attorneys for Defendant*
*Dr. Bharat Shah*


**Certificate of Service**

I hereby certify that on the 19th day of May, 2016, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Jeremy C. Tyrrell
Assistant Attorney General
500 South Second Street
Springfield, IL 62706
jtyrrell@atg.state.il.us

7012605.1

I hereby certify that on the <u>19th</u> day of May, 2016, the foregoing was mailed by United States Postal Service to the following:

Omar McGhee
14824 Edbrook
Dolton, IL 60419
*Pro Se Plaintiff*

/s/Carla G. Tolbert_____

7012605.1