AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | | |
|---|---|---|
| OMAR MCGHEE, #B76489 | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 15-cv-01289-NJR-DGW |
| RON VITALE, et al. | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Litigation Coordinator, Southwestern Correctional Center, 950 Kingshighway Street, East St. Louis, IL 62203

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See attached Exhibit A.

| Place: Sandberg, Phoenix & von Gontard, attn: Carla Tolbert 600 Washington Ave., 15th Floor, St. Louis, MO 63101 | Date and Time: 02/15/2016 12:40 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 01/15/2016

*CLERK OF COURT*

OR

_____
*Signature of Clerk or Deputy Clerk*

_____
*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Dr. Shah _____ , who issues or requests this subpoena, are:
Timothy Dugan, Carla Tolbert, 600 Washington Ave., 15th Fl., St. Louis, MO 63101; (314) 231-3332

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**EXHIBIT A**

MCGHEE-SWCC (GR) 001

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**RESPONSE TO OFFENDER'S GRIEVANCE**

### Grievance Officer's Report

Date Received: January 5, 2016    Date of Review: January 13, 2016    Grievance # (optional): #2-1-16

Offender: Omar Mcghee    ID#: B76489

Nature of Grievance: WORK CAMP DISCRIMINATION

Facts Reviewed: THIS GRIEVANCE OFFICER REVIEWED THE ABOVE GRIEVANCE FILED ON 12/30/15. OFFENDER MCGHEE #B76489 STATED THAT HE WAS REVIEWED FOR THE WORK CAMP AND DIDN'T GET A RESPONSE. HE IS AKING THAT THE POPULATION IN THE WORK CAMP REFLECT THE OVERALL POPULATION HERE AT SWICC.

OFFENDER MCGHEE WAS APPROVED FOR THE WORK CAMP.

Recommendation: BASED UPON TOTAL REVIEW OF ALL AVAILABLE INFORMATION. GRIEVANCE OFFICER RECOMMENDS THAT THE GRIEVANCE BE DENIED. OFFENDER MCGHEE WAS APPROVED FOR THE WORK CAMP. HE IS ON THE WAITING LIST TO ENTER THE WORK CAMP. THE POPULATION IN THE WORK CAMP IS BASED ON CERTAIN CRITRIA.

L. Westbrook, Correctional Counselor 2
Print Grievance Officer's Name    Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

### Chief Administrative Officer's Response

Date Received: 1/13/16    ☒ I concur    ☐ I do not concur    ☐ Remand

Comments:

Chief Administrative Officer's Signature    Date: 1/13/16

### Offender's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Offender's Signature    ID#    Date

Distribution: Master File; Offender    Page 1    DOC 0047 (Rev. 3/2005)
Printed on Recycled Paper

MCGHEE-SWCC (GR) 002

# OFFENDER'S GRIEVANCE

2-1-HU13 w/7 #2-1-15 LW

Date: 12/30/15  Offender: McGhee, Omar (Please Print)  ID#: B76489

Present Facility: S.W.I.C.C.  Facility where grievance issue occurred: S.W.I.C.C.

## NATURE OF GRIEVANCE:

- [ ] Personal Property
- [ ] Mail Handling
- [ ] Restoration of Good Time
- [ ] ADA Disability Accommodation
- [ ] Staff Conduct
- [ ] Dietary
- [ ] Medical Treatment
- [ ] HIPAA
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator
- [x] Other (specify): Discrimination

- [ ] Disciplinary Report: ___/___/___  Date of Report _____  Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I am writing in effort to address the obvious racial inequity that exhist in the selection of individuals that are selected to participate in the "Work Camp" here at SWICC.

The population of Blacks here at SWICC is not equally represented in the population at the "Work Camp."

I personally sent a request to "T. Robinson" to be reviewed for "work camp" in early August 2015 and recieved NO response.

Relief Requested: I am respectfully requesting that the current regime in charge of the selection process step down & that the population in the "Work Camp" reflect the overall population here at SWICC.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Offender's Signature  ID# B76489  Date 12/31/15

(Continue on reverse side if necessary)

## Counselor's Response (if applicable)

Date Received: 1/4/16  [x] Send directly to Grievance Officer  [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Reviewed grievance. Offenders who apply and are denied admittance into work camp do not meet criteria. Grievance denied.

T. Robinson  Counselor's Signature  1/7/16
Print Counselor's Name  Date of Response

## EMERGENCY REVIEW

Date Received: ___/___/___  Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature  Date ___/___/___

Distribution: Master File; Offender  Page 1  DOC 0046 (8/2012)
Printed on Recycled Paper

**OFFENDER'S GRIEVANCE (Continued)**

In September 2015 I spoke directly with T. Robinson days after sending an additional request in which he told me my status was pending before sending my request back to me marked status pending.

For several months I observed the population of individuals at "Work Camp" and began to notice the obvious racial disparety where the whites outnumber blacks 10 to 1.

During these months I sent request asking "T. Robinson" my status. He did respond that my status was pending. Additionally, I took note of the individuals that were being accepted into "Work Camp" as the majority were white and some of which had been at SWICC less time than myself, but were mysteriously catapolted thru the process before I was. I embraced these realities and attributed them to what I call "White Privledge."

In December I spoke to T. Robinson and he briefly stated that he had spoken to "Mackintire" about my status and he seamed surprised that I hadn't heard anything in all this time.

In late December approximately 45 days or so before I am scheduled to be released, I recieved a request slip back from T. Robinson stating that I am approved for "Work Camp", but nothing else to date.

In the event that I am released from custody. My mailing address is 14124 Edbrook Dolton, IL 60419