STATE OF ILLINOIS ) 
                          ) SS
COUNTY OF Sangamon )

### AFFIDAVIT OF CUSTODIAN OF GRIEVANCE RECORDS

Before me, the undersigned Notary Public, personally appeared Debbie Knauer, who, being by me duly sworn, deposed as follows:

My name is Debbie Knauer (Custodian of Records), I am of sound mind, capable of making this affidavit, and personally acquainted with the following facts:

I am a custodian of the records of the **Illinois Department of Corrections**. Attached to this affidavit are __6__ pages of records from the Illinois Department of Corrections regarding **Omar McGhee, B76489**. These __6__ pages of records are kept by the Illinois Department of Corrections in the regular course of business, and it was the regular course of business of the Illinois Department of Corrections for an employee or representative of the Illinois Department of Corrections to make a record of or to transmit information thereof to be included in such record; and the record was made at or near the time of the act or event. The records attached hereto are the original or exact duplicates of the original.

_Debbie Knauer_
Affiant

IN WITNESS WHEREOF I have hereunto subscribed my name and affixed my official seal this 19th day of January, 2016.

_Sarah L Johnson_
Notary Public

My Commission Expires: 4/17/19

**EXHIBIT B**

OFFICIAL SEAL
SARAH L JOHNSON
Notary Public - State of Illinois
My Commission Expires Apr 17, 2019

MCGHEE-IDOC 001

| B76489 MCGHEE, OMAR | | | | | IGRV Inmate History | |
|---|---|---|---|---|---|---|
| Igrv Code | Hearing/Rec Date | Igrv Loc | Hearing Loc | Chair Code | Mail Code | Comments Field |
| MEDICAL | 12/17/2015 | SWC | SWC | DEKN | G | RGF; DATED 11/9/15. DENIED MEDS ON 11/4/15 BY DR SANTOS. NO FACILITY RESP( |
| MEDICAL | 10/09/2015 | SWC | SWC | DEKN | G | RGF; WANTS SECOND OPINION FOR ISSUE WITH LEFT ARM. NO FACILITY RESPON |

MCGHEE-IDOC 002

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

Offender: __McGhee__ __Omar__ _____ __B76489__
            Last Name           First Name          MI       ID#

Facility: __SWICC__

☒ Grievance: Facility Grievance # (if applicable) _____ Dated: __9/19/15__ or ☐ Correspondence: Dated: ____
Received: __9/23/15__ Regarding: __Medical – wants 2nd opinion for problem with left arm__

The attached grievance or correspondence is being returned for the following reasons:

**Additional Information required:**
- ☒ Provide a copy of your written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.
- ☒ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal.
- ☐ Provide dates of disciplinary reports and facility where incidents occurred.
- ☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board
    Office of Inmate Issues
    1301 Concordia Court
    Springfield, IL 62794-9277

**Misdirected:**
- ☐ Contact your correctional counselor regarding this issue.
- ☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.
- ☐ Contact the Record Office with your request or to provide additional information.
- ☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.
- ☐ Address concerns to: Illinois Prisoner Review Board
    319 E. Madison St., Suite A
    Springfield, IL 62706

**No further redress:**
- ☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.
- ☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.
- ☐ This office previously addressed this issue on _____. Date
- ☐ No justification provided for additional consideration.

**Other (specify):** _____

Completed by: __Debbie Knauer__     _Debbie Knauer_     __10/9/15__
                 Print Name             Signature          Date

Distribution: Offender
            Inmate Issues

*Printed on Recycled Paper*

DOC 0070 (Rev.4/2013)

MCGHEE-IDOC 003

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

| Date: 9-19-15 | Offender: (Please Print) McGhee, Omar | ID#: B76489 |
|---|---|---|
| Present Facility: South Western Correctional Center | Facility where grievance issue occurred: SouthWestern Correctional Center | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Mail Handling
- [ ] Restoration of Good Time
- [ ] ADA Disability Accommodation
- [ ] Staff Conduct
- [ ] Dietary
- [x] Medical Treatment
- [ ] HIPAA
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ___/___/___ Date of Report _____ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): On 9/3/15 I filed a grievance asking for medical help, on 9/10/15 I recieved it back stating it was denied...

On 9/3/15 I mailed a request for a Doctor Visit. On 9/6/15 Dr. Shah examined me and scheduled X-RAYS.

On 9/7/15 I took X-RAYS, on 9/10/15 I sent a request to medical to get X-RAY results...

On 9/19/15 I saw nurse, nurse explained that I needed surgery to fix my problem, but that it was to dangerous. Nurse stated the the most help I could get is a prescription for IBUprofen.

Relief Requested: I am requesting a second opinion from a outside source, as I am not getting adequate medical relief for my problem. My pain continues and has done so for several months, and I am loosing the use of my left arm rapidly over the last 90 days. Thankyou.

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Offender's Signature _____ ID# B76489 Date 9/19/15

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: ___/___/___
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response:

RECEIVED
SEP 2 3 2015
ADMINISTRATIVE REVIEW BOARD

Print Counselor's Name _____ Counselor's Signature _____ Date of Response ___/___/___

**EMERGENCY REVIEW**

Date Received: ___/___/___ Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature _____ Date ___/___/___

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

Offender: **McGhee** (Last Name) **Omar** (First Name) MI **B76489** (ID#)

Facility: **SWICC**

[X] Grievance: Facility Grievance # (if applicable) _____ Dated: **11/9/15** or [ ] Correspondence: Dated: _____

Received: **11/30/15** Regarding: **Denied meds on 11/4/15**

---

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**
- [X] Provide a copy of your written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.
- [X] Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal.
- [ ] Provide dates of disciplinary reports and facility where incidents occurred.
- [ ] Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board
  Office of Inmate Issues
  1301 Concordia Court
  Springfield, IL 62794-9277

**Misdirected:**
- [ ] Contact your correctional counselor regarding this issue.
- [ ] Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.
- [ ] Contact the Record Office with your request or to provide additional information.
- [ ] Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.
- [ ] Address concerns to: Illinois Prisoner Review Board
  319 E. Madison St., Suite A
  Springfield, IL 62706

**No further redress:**
- [ ] Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.
- [ ] Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.
- [ ] This office previously addressed this issue on _____ (Date).
- [ ] No justification provided for additional consideration.

**Other** (specify): _____

Completed by: **Debbie Knauer** (Print Name) Signature: *Debbie Knauer* Date: **12/17/15**

Distribution: Offender
Inmate Issues

Printed on Recycled Paper

DOC 0070 (Rev.4/2013)

MCGHEE-IDOC 005

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

**Date:** 11-9-15  **Offender (Please Print):** McGhee, Omar  **ID#:** B76489

**Present Facility:** SouthWestern Correctional Center  **Facility where grievance issue occurred:** Southwestern Correctional

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ___/___/___  Date of Report _____ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

As a result of my request for medical relief, I was prescribed Nortriptyline 25mg & Naproxen 500mg by Dr. Alphonzo C. Smith on 10/03/15. I immdiately noticed severe mental effects of the drug on 10/06/15. On 10/07/15 I researched the drug Nortriptyline 25mg only to find out that it was a psychotropic drug. On 10/10/15 I refused the pschotropic drug Nortriptyline 25mg & Requested to see Dr. Sm: I was warned by Nursing staff that If I didn't take the drug I wouldn't recieve any further help. As a result, I continued to take the medication On 10/21/15, I went on Court Writ, & was assured that my medications would be sent with me to Stateville Corr. Center. Upon arriving at

**Relief Requested:** I am asking that staff be disciplined & given sensitively training. and also I want this grievance made public record and available under the "Freedom of Information Act." Thankyou...

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_[signature]_ Offender's Signature  B76489 ID#  11/9/15 Date

(Continue on reverse side if necessary)

### Counselor's Response (if applicable)

**Date Received:** ___/___/___
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

**Response:** _____

Print Counselor's Name _____  Counselor's Signature _____  Date of Response ___/___/___

### EMERGENCY REVIEW

**Date Received:** ___/___/___  Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

RECEIVED
NOV 30 2015  Administrative Officer's Signature _____  Date ___/___/___

Distribution: Master File; Offender  ADMINISTRATIVE REVIEW BOARD  Page 1  DOC 0046 (8/2012)
Printed on Recycled Paper

MCGHEE-IDOC 006

**OFFENDER'S GRIEVANCE (Continued)**

at Stateville, I was made aware that my medications were not sent with me on Court Writ resulting in 14 days without any medication. During this time I suffered.

11/4/15 I arrived back in East St. Louis, IL at Southwestern Cor. Center. During my intake procedure, I alerted nursing staff that I was in a lot of pain & that nursing staff present on 10/21/15 failed to send my prescriptions. The Nurse imediatly consulted with Dr. Santos, and he decided to deny me any medications. I requested that they call the sergent, he arrived and somehow negotiated that the Nurses will allow me to continue my Naproxen 500 mg.

My issues are as follows:
A. Being prescribed psychotropic drugs involuntarily
B. Being blackmaled into taking them by nursing staff
C. Being threatend that I wouldn't get further help if I refuse
D. Nursing staffs failure to follow procedure & send my medication on my court Writ
E. When I confronted staff about the failure to send my prescriptions in retaliation I was taken off all medication with the threat of being put in segregation.
F. When I stood my ground, staff immediately backtracked and decided to allow for me to continue Naproxen.
G. The lack of transparency between the medical staff in that Dr. Smith prescribed the meds & Dr. Santos revoked the meds without examining me.
H. The abuse of power and the dictatorship Dr. Santos exercises over inmate patients with zero trace of empathy.