AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

| | |
|---|---|
| OMAR MCGHEE, #B76489 | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.   15-cv-01289-NJR-DGW |
| RON VITALE, et al. | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:    Litigation Coordinator, Southwestern Correctional Center, 950 Kingshighway Street, East St. Louis, IL 62203

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:    See attached Exhibit A.

| Place: | Date and Time: |
|---|---|
| Sandberg, Phoenix & von Gontard, attn: Carla Tolbert 600 Washington Ave., 15th Floor, St. Louis, MO 63101 | 02/15/2016 12:40 pm |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    01/15/2016

|  CLERK OF COURT  | | |
|---|---|---|
| | OR | |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Dr. Shah _____ , who issues or requests this subpoena, are:
Timothy Dugan, Carla Tolbert, 600 Washington Ave., 15th Fl., St. Louis, MO 63101; (314) 231-3332

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**EXHIBIT**

C

**State of Illinois**
**Department of Corrections**

# CUMULATIVE COUNSELING SUMMARY

| Inmate/Resident/Release Name | Register Number | Current Classification |
|---|---|---|
| **MCGHEE, OMAR** | **B76489** | **3-A-L** |

| Counselor/Agent Name * |
|---|
| **ROBINSON, TROY** |

| Date/Time | Location | Type | Method | Staff/Title * |
|---|---|---|---|---|
| 1/14/2016 15:34:40 | HOUSING UNIT 2 COUNSELORS OFFICE/SWC | Personal | Face To Face | ROBINSON, TROY, Correctional Counselor II |
| Comments: | | | | |
| Rcv'd grievance on other (GCC), responded and returned.' | | | | |
| 1/7/2016 14:40:47 | HOUSING UNIT 2 COUNSELORS OFFICE/SWC | Personal | Face To Face | ROBINSON, TROY, Correctional Counselor II |
| Comments: | | | | |
| Rcv'd grievance on other (discrimination), responded and returned. | | | | |
| 12/24/2015 11:33:53 | HOUSING UNIT 2 COUNSELORS OFFICE/SWC | Personal | Face To Face | ROBINSON, TROY, Correctional Counselor II |
| Comments: | | | | |
| Met with offender. Discussed his ssc award of 4 months, 13 days whicj put him out before the completion of his program contract - he will not recieve credit for the contract. | | | | |
| 12/22/2015 11:36:26 | TASC/SWC | Personal | Face To Face | ROBINSON, TROY, Correctional Counselor II |
| Comments: | Met with offender for his 120 day staffing where it was recommended he go home. | | | |
| 11/6/2015 13:06:53 | HOUSING UNIT 2 COUNSELORS OFFICE/SWC | Personal | Face To Face | ROBINSON, TROY, Correctional Counselor II |
| Comments: | | | | |
| Met with offender. He signed his program contract. | | | | |
| 10/15/2015 11:46:58 | HOUSING UNIT 3 COUNSELORS OFFICE/SWC | Personal | Face To Face | MCINTYRE, RICH P., Correctional Counselor II |
| Comments: | | | | |
| Met with inmate to receive a call from the Law Office of the Cook County Public Defender. Inmate was on the line for about 30 minutes. | | | | |
| 9/10/2015 12:11:38 | HOUSING UNIT 3 COUNSELORS OFFICE/SWC | Personal | Face To Face | ROBINSON, TROY, Correctional Counselor II |
| Comments: | | | | |
| Rcv'd grievance on medical treatment, responded and returned. | | | | |
| 9/1/2015 12:08:14 | HOUSING UNIT 3 COUNSELORS OFFICE/SWC | Personal | Face To Face | ROBINSON, TROY, Correctional Counselor II |
| Comments: | | | | |
| Met with offender. Discussed his work camp status. | | | | |
| 8/31/2015 09:25:56 | HOUSING UNIT 3 COUNSELORS OFFICE/SWC | Personal | Face To Face | ROBINSON, TROY, Correctional Counselor II |
| Comments: | | | | |
| Offender requested work camp placement - submitted. | | | | |
| 8/12/2015 09:51:12 | HOUSING UNIT 3 COUNSELORS OFFICE/SWC | Personal | Face To Face | ROBINSON, TROY, Correctional Counselor II |
| Comments: | | | | |
| Met with offender. He signed his program contract. | | | | |
| 8/4/2015 10:51:22 | CLINICAL SERVICES SUPERVISOR/SWC | Collateral | Other | OLLIGES, KEVIN R., Clinical Services Supervisor |
| Comments: | | | | |
| Telephone list submitted for the month. | | | | |
| 8/3/2015 11:59:50 | HOUSING UNIT 3 COUNSELORS OFFICE/SWC | Personal | Face To Face | ROBINSON, TROY, Correctional Counselor II |
| Comments: | | | | |
| Met with offender. Discussed his contract situation. Also desires work camp placement. | | | | |
| 6/26/2015 11:12:13 | HOUSING UNIT 3 COUNSELORS OFFICE/SWC | Personal | Other | WUEST, KRISTY M., Correctional Casework Supervisor |
| Comments: | | | | |
| Telephone list submitted for the month of June. | | | | |
| 6/2/2015 09:44:23 | ACADEMIC/SWC | Personal | Face To Face | WUEST, KRISTY M., Correctional Casework Supervisor |
| Comments: | Offender was seen during the initial staffing. Civigenics, TASC, education, chaplain, and Clinical Services discussed their departments with the offender. The offender was advised by TASC staff that they may be recommended to go to a halfway house upon their first 90 days on parole. | | | |

MCGHEE-SWCC (CR) 002

**State of Illinois**
**Department of Corrections**

## CUMULATIVE COUNSELING SUMMARY

| Inmate/Resident/Release Name | Register Number | Current Classification |
|---|---|---|
| **MCGHEE, OMAR** | **B76489** | **3-A-L** |

| Counselor/Agent Name * |
|---|
| **ROBINSON, TROY** |

| Date/Time | Location | Type | Method | Staff/Title * |
|---|---|---|---|---|
| 5/19/2015 12:47:44 | HOUSING UNIT 3 COUNSELORS OFFICE/SWC | Personal | Other | WUEST, KRISTY M., Correctional Casework Supervisor |
| Comments: | | | | |
| *Visiting list submitted for the month of May.* | | | | |
| 5/19/2015 12:42:52 | HOUSING UNIT 3 COUNSELORS OFFICE/SWC | Personal | Other | WUEST, KRISTY M., Correctional Casework Supervisor |
| Comments: | | | | |
| *Telephone list submitted for the month of May - Returned he submitted one on 5/13/15.* | | | | |
| 5/15/2015 10:26:36 | HOUSING UNIT 3 COUNSELORS OFFICE/SWC | Personal | Face To Face | KING, REGINA, Correctional Counselor II |
| Comments: | | | | |
| *Offender participated in Orientation Process. Offender received and signed for his SWICC Orientation Manual. Offender Pre-Release Identification List completed. Offender informed of proper procedures to receive Temporary I.D. Card upon release. Telephone and visiting List Forms and procedures were explained. Offender was given a Department of Human Services handout. Notification of Next-of –Kin and Offender Information Questionnaire Forms were completed. Offender viewed the Orientation video.* | | | | |
| 5/13/2015 11:14:30 | HOUSING UNIT 3 COUNSELORS OFFICE/SWC | Personal | Other | WUEST, KRISTY M., Correctional Casework Supervisor |
| Comments: | | | | |
| *Telephone list submitted for the month of May.* | | | | |

*Assigned Counselor/Agent and Staff's title is current as of the date of this report, not the date of the counseling summary.*

MCGHEE-SWCC (CR) 003