ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

Offender: **McGhee**, **Omar**, MI ___, ID# **B76489**
Last Name, First Name

Facility: **SWICC**

☑ Grievance: Facility Grievance # (if applicable) _____ Dated: **9/19/15** or ☐ Correspondence: Dated: _____
Received: **9/23/15** Regarding: **Medical - wants 2nd opinion for problem with left arm**

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**
- ☑ Provide a copy of your written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.
- ☑ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal.
- ☐ Provide dates of disciplinary reports and facility where incidents occurred.
- ☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to:   Administrative Review Board
  Office of Inmate Issues
  1301 Concordia Court
  Springfield, IL 62794-9277

**Misdirected:**
- ☐ Contact your correctional counselor regarding this issue.
- ☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.
- ☐ Contact the Record Office with your request or to provide additional information.
- ☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.
- ☐ Address concerns to:   Illinois Prisoner Review Board
  319 E. Madison St., Suite A
  Springfield, IL 62706

**No further redress:**
- ☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.
- ☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.
- ☐ This office previously addressed this issue on _____. Date
- ☐ No justification provided for additional consideration.

**Other** (specify): _____

Completed by: **Debbie Knauer** Signature: *Debbie Knauer* Date: **10/19/15**

Printed on Recycled Paper                                 DOC 0070 (Rev.4/2013)

EXHIBIT D

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

| | | |
|---|---|---|
| Date: 9.19.15 | Offender: (Please Print) McGhee, Omar | ID#: B76489 |

Present Facility: SouthWestern Correctional Center
Facility where grievance issue occurred: SouthWestern Correctional Center

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☒ Medical Treatment
- ☐ ADA Disability Accommodation
- ☐ HIPAA
- ☐ Other (specify): _____

☐ Disciplinary Report: ___/___/___
Date of Report        Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): On 9/3/15 I filed a grievance asking for medical help, on 9/10/15 I recieved it back stating it was denied...

On 9/3/15 I mailed a request for a Doctor visit. On 9/6/15 Dr. Shah examined me and scheduled X-RAYS.

On 9/7/15 I took X-RAYS, On 9/10/15 I sent a request to medical to get X-RAY results...

On 9/19/15 I saw Nurse, Nurse explained that I needed surgery to fix my problem, but that it was to dangerous. Nurse stated the the most help I could get is a prescription for IBuprofen.

Relief Requested: I am requesting a second opinion from a outside source, as I am not getting adequate medical relief for my problem. My pain continues and has done so for several months... and I am loosing the use of my left arm rapidly over the last 90 days... Thankyou.

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Offender's Signature      ID# B76489      Date 9/19/15

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: ___/___/___
☐ Send directly to Grievance Officer
☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

**RECEIVED**

SEP 2 3 2015

ADMINISTRATIVE REVIEW BOARD

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

| Date: 11-9-15 | Offender: (Please Print) McGhee, Omar | ID#: B76489 |

Present Facility: Southwestern Correctional Center
Facility where grievance issue occurred: Southwestern Correctional

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☒ Medical Treatment
- ☐ ADA Disability Accommodation
- ☐ HIPAA
- ☐ Other (specify): _____

☐ Disciplinary Report: ___/___/___ Date of Report _____ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

As a result of my request for medical relief, I was prescribed Nortriptyline 25mg & Naproxen 500mg by Dr. Alphonzo C. Smith on 10/03/15. I imediately noticed severe mental effects of the drug on 10/06/15. On 10/07/15 I researched the drug Nortriptyline 25mg only to find out that it was a psychotropic drug. On 10/10/15 I refused the pschotropic drug Nortriptyline 25mg & Requested to see Dr. Smith. I was warned by Nursing staff that if I didn't take the drug I wouldn't recieve any further help. As a result, I continued to take the medication. On 10/21/15, I went on Court Writ, & was assured that my medications would be sent with me to Stateville Corr. Center. Upon arriving at

**Relief Requested:** I am asking that staff be disiplined & given sensitively training. and also I want this grievance made public record and available under the "Freedom of Information Act." Thankyou...

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Offender's Signature: [signature]   B76489   11/9/15
(Continue on reverse side if necessary)

---

**Counselor's Response** (if applicable)

Date Received: ___/___/___   ☐ Send directly to Grievance Officer   ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

Print Counselor's Name _____   Counselor's Signature _____   Date of Response _____

**OFFENDER'S GRIEVANCE (Continued)**

at Stateville, I was made aware that my medications were not sent with me on Court Writ resulting in 14 days without any medication. During this time I suffered.

11/4/15 I arrived back in East St. Louis, IL at Southwestern Cor. Center. During my intake procedure, I alerted nursing staff that I was in a lot of pain & that nursing staff present on 10/21/15 failed to send my prescriptions. The Nurse immediatly consulted with Dr. Santos, and he decided to deny me any medications. I requested that they call the sergent, he arrived and somehow negotiated that the nurses will allow me to continue my Naproxen 500 mg.

My issues are as follows:
    A. Being prescribed psychotropic drugs involuntarily
    B. Being blackmaled into taking them by nursing staff
    C. Being threatend that I wouldn't get further help if I refuse.
    D. Nursing staffs failure to follow procedure & send my medication on my Court Writ
    E. When I confronted staff about the failure to send my prescriptions in retaliation I was taken off all medication with the threat of being put in segregation.
    F. When I stood my ground, staff immediately backtracked and decided to allow for me to continue Naproxen.
    G. The lack of transparency between the medical staff in that Dr. Smith prescribed the meds & Dr. Santos revoked the meds without examining me.
    H. The abuse of power and the dictatorship Dr. Santos exercises over inmate patients with zero trace of empathy.

3-A-17

# ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

**Date:** 9/2/15  
**Offender (Please Print):** McGhee, Omar  
**ID#:** B76489  
**Present Facility:** Southwestern  
**Facility where grievance issue occurred:** Southwestern

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ___/___/___  Date of Report _____ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

   **Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   **Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   **Chief Administrative Officer**, only if EMERGENCY grievance.
   **Administrative Review Board**, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Initially I went to Medical for pain in my right leg & Hip during the month of June 2015.. The Doctor prescribed me 500mg Naproxen and told me to keep exercising my leg. Shortly after I began to use the Naproxen 500mg... I had a sudden pain in my upper left back, arm, and chest. I continued my use of Naproxen 500mg.. But I didn't notice any relief in my pains. As my pains got worse, I went back to the Doctor and complained about my new pains.. I explained that I have stoped taking the Naproxen 500mg.. The Doctor prescribed me Tylenol 325mg.. I took the tylenol for a few days during the month of July 2015 and my pains didn't

**Relief Requested:** I am requesting proper diagnosis. Proper treatment & a detailed explanation of the longturm effects of improper, untimely diagnosis & treatment of my problem. Thankyou..

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_Offender's Signature_  **ID#** B76489  **Date** 9/3/15

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

**Date Received:** 9/08/15  
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

**Response:** Reviewed grievance. Treatment has been provided on an ongoing basis. Medication has been given and lab work done. The doctor has the right to not prescribe refills. Grievance denied.

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE** (Continued)

improve. I went back to the Doctor during the month of August 2015 and explained to the Doctor that my right arm is very limp, and continues to go numb with sharp pains for the last cuple of months... The Doctor sent me for X-Rays a few days later and prescribed me a muscle rub to ease my pain.

When I took the X-RAYS the X-Ray technician explained to me that I was to explain to the Doctor on my next visit that he could see I was having a loss of muscle mass on my left side.

Upon my next visit to the Doctors office.. The Doctor asked me what had I done, I told him I havent done anything, no weights, no basketball. I explained to him my arm was suddenly very weak, numb in my shoulder down to my tips of my fingers. I explained to him that I have been suffering from chronic pain that I have never felt before. I explained that the x-ray technician told me to tell him that I had some muscle mass loss on my left shoulder & arm. Dr. Shah explained to me that none of this was true and that I simply needed to lift weights & get some exercise and that if I didn't believe him. That I should immediately get out of his office.

Dr. Shah added that I should get an attorney also...
Moving forward I am putting in a request to see the Doctor again on 9/2/15 in a effort to get some relief of my issue with my left arm.. As I continue to have loss of usage with my left arm, loss of strenghth and pain and numbness/tingling from my shoulder down to the tips of my fingers...