IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FORMTEXT OMAR MCGHEE, #B76489, ) ) ) ) Plaintiff FORMTEXT , ) ) v. ) ) FORMTEXT RON VITALE, NONA HOHNSBEHN, WEXFORD HEALTH SOURCES, INC., PHYLLIS ROSE MASTON, ALFONZO C. SMITH, DOCTOR SHAH, DR. SANTOS, and JOHN & JANE DOE (NURSE), ) ) ) ) ) ) ) ) Defendant FORMTEXT s. | Cause No. FORMTEXT 3:15-cv-01289-NJR-DGW |

### AFFIDAVIT OF BHARAT SHAH, M.D.

My name is Bharat Shah, M.D.

I am over the age of 21 and capable of making this affidavit.

I was employed by Wexford Health Sources, Inc. as the Medical director at Southwestern Illinois Correctional Center from September 1, 2011 through June 30, 2015. I was on Family Medical Leave from Southwestern from March 10, 2015 through June 9, 2015, and returned to work on June 10, 2015.

I have reviewed Omar McGhee's IDOC medical records that were provided to me by my


EXHIBIT E

attorney. They are the type of records in which I documented my care and treatment of inmates while employed by Wexford Health Sources, Inc.

Mr. McGhee arrived at Southwestern Illinois Correctional Center on May 8, 2015.

I did not see, examine, or provide any medical care or treatment to Mr. McGhee between May 8, 2014 and June 30, 2015.

Further Affiant Sayeth Not.

_____
Bharat Shah, M.D.


STATE OF __Missouri__ )
                      ) ss.
COUNTY OF __St. Charles__ )

Subscribed and sworn to before me this __12__ day of __May__, 2016.

_____
Notary Public

My commission expires:

**LOGAN HEPBURN**
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Charles County
My Commission Expires: Jan. 11, 2020
15635383