

**CLERK**
**UNITED STATES DISTRICT COURT**
301 WEST MAIN STREET
BENTON, ILLINOIS 62812

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

FILED
NOV 18 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

Hasler
10/26/2016
US POSTAGE $00.67
FIRST-CLASS MAIL
ZIP 62812
011D11648334

15-1289
DOCS 40 + 41

Omar McGhee
14824 Edbrook
Dolton, IL 60419

NIXIE          620     FE 1          0011/15/16
                RETURN TO SENDER
            NOT DELIVERABLE AS ADDRESSED
                 UNABLE TO FORWARD

BC: 62812136201     *0716-00158-28-00